IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-00887-REB-CBS

ARTHUR REXRODE,

      Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,
an Illinois corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that parties' Stipulated Motion for Protective Order (filed January 3, 2007; *doc. no. 29*) is STRICKEN for failure to comply with District of Colorado ECF Procedure V.L

      Before refiling parties should note the following steps:

1)     Need to file a Motion for Protective Order;
2)     Need to attach the stipulated protective order as an *attachment* to the Motion; and
3)     Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Blackburn_Chambers@cod.uscourts.gov *and* Shaffer_Chambers@cod.uscourts.gov.

      Parties are directed to contact the ECF Help Desk at 303.335.2050 if they are in need of further assistance.

**DATED:**    January 3, 2007