IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-00887-REB-CBS

ARTHUR REXRODE,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,
an Illinois corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Allow Withdrawal of Motion for Protective Order (*doc. no. 48)* is **GRANTED**.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Protective Order Regarding Deposition of Arthur Rexrode (*doc. no. 45)* is **MOOT**.

    IT IS FURTHER ORDERED that the telephonic status conference set for February 1, 2007, is **VACATED**.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for one complete conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

    Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**    January 30, 2007