## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00887-REB-CBS

ARTHUR REXRODE,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is the **Motion to Amend Memorandum Brief in Support of Plaintiff's Motion for Partial Summary Judgment and Determination of Question of Law** [#53], filed February 2, 2007.  Said motion is **GRANTED**.  The parties are reminded to attach a proposed order to all motions being filed under the court's Electronic Case Filing Procedure (Civil Cases) V.L.1(a) and 2.  Failure to comply with this procedure may result in future requests being denied.

Dated:  February 6, 2007
-------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.