# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-00887-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: April 18, 2007** | **Courtroom Deputy:** Ben Van Dyke |

ARTHUR REXRODE,                                    Keith E. Frankl

    **Plaintiff,**

    v.

ALLSTATE INDEMNITY COMPANY,                        Deana R. Dagner
an Illinois corporation,

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:45 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Plaintiff's Motion to Amend Complaint to Add Claim for Exemplary Damages [filed February 16, 2007; doc. 55] is granted for the reasons stated on the record.  The Amended Complaint tendered February 16, 2007 as Exhibit 4 to document 55 is ordered filed today.

**ORDERED:** Defendant's Motion to Compel Disclosure of Plaintiff's Tax Returns [filed March 19, 2007; doc. 67] is denied for the reasons stated on the record.

**ORDERED:** Plaintiff's Unopposed Motion to Extend Discovery Deadlines with Regard to Experts [filed April 9, 2007; doc. 74] is denied without prejudice for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess:       11:22 a.m.**
Total In-Court Time:      00:37