**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00887-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: August 21, 2007** | **Courtroom Deputy:** Ben Van Dyke |

ARTHUR REXRODE,                                         Keith E. Frankl

    **Plaintiff,**

    v.

ALLSTATE INDEMNITY COMPANY,                             Deana R. Dagner
an Illinois corporation,

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:     8:34 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss Plaintiff's Unopposed Motion to Amend Pre-Trial Scheduling Order and Discovery Deadlines [filed July 23, 2007; doc. 87] with the Court.

**ORDERED:   Plaintiff's Unopposed Motion to Amend Pre-Trial Scheduling Order and Discovery Deadlines [filed July 23, 2007; doc. 87] is granted for the reasons stated on the record.  The discovery deadline is extended to September 14, 2007 for the limited purpose of taking the designated 30(b)(6) depositions.**

HEARING CONCLUDED.

**Court in Recess:     9:00 a.m.**
Total In-Court Time:     00:26